IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

VITACOST.COM, INC.,

    Plaintiff,

v.

AEROGROW INTERNATIONAL, INC.,

    Defendant

CIVIL ACTION NO. 08-80330-Civ-RYSKAMP/VITUNAC

## JOINT STIPULATION OF DISMISSAL

Plaintiff Vitacost.com, Inc. ("Vitacost") and Defendant AeroGrow International, Inc. ("AeroGrow"), by and through undersigned counsel, hereby stipulate to the dismissal of all claims in the above-captioned action with prejudice and with each party to bear its own fees, costs, and expenses. Neither party acknowledges or admits any fault or liability in connection with the claims made in this action.

Respectfully submitted,

| | |
|---|---|
| Ira P. Kerker, Esq. | MCCABE RABIN, P.A. |
| *Counsel for Plaintiff Vitacost* | *Counsel for Defendant AeroGrow* |
| Vitacost.com, Inc. | Trump Plaza Office Center |
| 5400 Broken Sound Blvd., Suite 500 | 525 S. Flagler Drive, Suite 200 |
| Boca Raton, FL 33487 | West Palm Beach, FL 33401 |
| Phone: 561-752-8888 | Phone: 561-659-7878 |
| Fax: 561-752-1008 | Fax: 561-659-7876 |
| BY: _____ | BY: _____ |
| Ira P. Kerker | Ryon M. McCabe |
| | Florida Bar No. 009075 |